

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-18-00291-CV & 04-18-00292-CV

**FOR THE BEST INTEREST AND PROTECTION OF H.V.**, a Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2018MH1084 & 2018MH1161
Honorable Kelly Cross, Judge Presiding

## O R D E R

On June 22, 2018, we issued an order stating that appellee's brief was due on July 10, 2018. We discouraged appellee from seeking any additional time to file its brief because of the expedited nature of these appeals. Nevertheless, on July 6, 2018, appellee filed a motion for extension of time asking for a thirty-one-day extension of time to file its brief in these consolidated appeals. The extension is GRANTED IN PART. Appellee's brief is due on or before **August 1, 2018**. **If appellee fails to file its brief by August 1, 2018, this appeal will be set at issue and submitted to the Court without the benefit of an appellee's brief.**

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court